THE BALTIMORE.[1]

THE LACKAWANNA.

HOBOKEN LAND & IMP. CO. v. THE BALTIMORE.

PENNSYLVANIA R. CO. v. THE LACKAWANNA.

(*Circuit Court, E. D. New York.*   July 12, 1888.)

In Admiralty.   On appeal from district court, *ante*, 613.
*Abbett & Fuller*, for the Lackawanna.
*Biddle & Ward*, for the Baltimore.

BLATCHFORD, Justice.   The views and conclusions of the district judge in these cases are concurred in by me.   Let there be a decree for the libelants in the suit brought against the Baltimore, for $2,194.38, with interest from April 6, 1886, and for $1,200, with interest from the date of the Commissioner's report, and for their costs in the district court, taxed at $255.85, and for their costs in this court, to be taxed; and let there be a decree dismissing the libel in the suit brought against the Lackawanna, with costs to the claimant in the district court, taxed at $37.85, and with its costs in this court, to be taxed.

[1]Affirming *ante*, 613.